1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUARDADO , | CASE NO. 07cv0172-LAB (CAB) |
| Plaintiff, | **DISMISSAL ORDER** |
| vs. | [Dkt No. 13] |
| DAVID MASSRY dba RIMO LATINO;<br>INVESTCAL REALITY CORPORATION;<br>RICHARD S. McCUNE, JR., INC.;<br>NANCY F. McCUNE and DOES 1<br>through 10, inclusive, | |
| Defendants. | |
| INVESTCAL REALTY CORPORATION;<br>RICHARD S. McCUNE, JR. and<br>NANCY F. McCUNE, | |
| Cross-Complainants, | |
| vs. | |
| RITMO LATINO, | |
| Cross-Defendant. | |

Pursuant to the parties' Joint Motion For Dismissal, representing the case has settled,

**IT IS HEREBY ORDERED** this action is **DISMISSED** in its entirety as to all claims and all

parties, with prejudice.

   **IT IS SO ORDERED**.

DATED:  May 9, 2007

_____

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07cv0172